IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATINA ADAMS                                                                                          PLAINTIFF

v.                                    Case No. 1:14-cv-00162 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 12th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE